# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JARRED JOHNSON, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:12-cv-00186 |
| v. | ) Judge Trauger |
| | ) |
| TRUCAP REO CORP., | ) Removed from the Chancery |
| MARIX SERVICING, and WEISS | ) Court for the 21st Judicial |
| SPICER CASH, PLLC | ) District of Tennessee |
| | ) (Williamson County) |
| Defendants. | ) No. 40536 |
| | ) |

## CORPORATE DISCLOSURE STATEMENT
## FOR MARIX SERVICING, LLC

Pursuant to Local Rule 7.02. Defendant Marix Servicing, LLC makes the following disclosure:

All parent corporations if any, of the named party: **None.**

All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock: **Walter Management Investment Corporation.**

Respectfully submitted,

**BONE McALLESTER NORTON PLLC**

**/s/ *William J. Haynes, III***
David M. Anthony # 19951
William J. Haynes, III #17398
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300
e-mail: danthony@bonelaw.com
whaynes@bonelaw.com

*Counsel for Defendants, Trucap Reo Corp. and Marix Servicing, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **CORPORATE DISCLOSURE STATEMENT (MARIX SERVICING, LLC)** with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to the attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF system, and/or via first class United States Mail, postage prepaid to:

| | |
|---|---|
| Robin J. Gordon #14618 | Weiss Spicer Cash, PLLC |
| 803 18th Ave. South | Registered Agent: Arnold M. Weiss |
| Nashville, TN 37211 | 208 Adams Avenue |
| robin@gordonlawgroup.com | Memphis, Tennessee 38103-1991 |
| Counsel for Plaintiff | |

This 15th day of February, 2012.

/s/ *William J. Haynes, III*