IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JARRED JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 3:12-cv-00186 |
| v. | ) | District Judge Trauger |
| | ) | |
| | ) | |
| TRUCAP REO CORP., | ) | Removed from the Chancery |
| MARIX SERVICING, and WEISS | ) | Court for the 21st Judicial |
| SPICER CASH, PLLC | ) | District of Tennessee |
| | ) | (Williamson County) |
| Defendants. | ) | No. 40536 |
| | ) | |

_____

### MOTION OF MARIX SERVICING, LLC & TRUCAP REO CORP. TO DISMISS
_____

COME NOW Defendants Marix Servicing, LLC ("**Marix**") and Trucap Reo Corp. ("**Trucap**") (collectively, the "**Defendants**"), by and through their undersigned counsel, under the authority contained in Federal Rule of Civil Procedure 12(b), and move to dismiss the "**Complaint**" (the "**Complaint**" or "**Compl.**") filed by the Plaintiff, Jarred Johnson ("**Plaintiff**") in this action. In support of this Motion to Dismiss, Defendants submit herewith their Memorandum

of Law containing argument and citation of authorities.  Defendants respectfully pray for the following relief:

(A) That Plaintiff's prayers for relief be denied;

(B) That Plaintiff's Complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted;

(C) That all costs of this civil action be charged against Plaintiff; and

(D) That the Court grant such other and further relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 15th day of February, 2012.

Respectfully submitted,

**BONE McALLESTER NORTON PLLC**

<u>*/s/ William J. Haynes, III*</u>
David M. Anthony # 19951
William J. Haynes, III #17398
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300
e-mail: danthony@bonelaw.com
whaynes@bonelaw.com

*Counsel for Defendants, Trucap Reo Corp. and Marix Servicing, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to the attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF system, and/or first-class U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Robin J. Gordon #14618 | Weiss Spicer Cash, PLLC |
| 803 18th Ave. South | Registered Agent: Arnold M. Weiss |
| Nashville, TN 37211 | 208 Adams Avenue |
| robin@gordonlawgroup.com | Memphis, Tennessee 38103-1991 |
| Counsel for Plaintiff | |

This 15th day of February, 2012.

By: */s/ William J. Haynes, III*