IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JARRED JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 3:12-cv-00186 |
| v. | ) | District Judge Trauger |
| | ) | |
| | ) | |
| TRUCAP REO CORP., | ) | Removed from the Chancery |
| MARIX SERVICING, and WEISS | ) | Court for the 21st Judicial |
| SPICER CASH, PLLC | ) | District of Tennessee |
| | ) | (Williamson County) |
| Defendants. | ) | No. 40536 |
| | ) | |

___

**MOTION OF DEFENDANTS MARIX SERVICING AND TRUCAP REO CORP. TO STAY DISCOVERY AND CERTAIN PRETRIAL DEADLINES**
___

Pursuant to Federal Rule of Civil Procedure 6(b) and 26, defendants Marix Servicing, LLC ("**Marix**") and Trucap Reo Corp. ("**Trucap**") (collectively, the "**Defendants**"), respectfully move the Court for an Order staying discovery and certain pretrial deadlines of the Federal Rules of Civil Procedure and this Court's Local Rules, including the Initial Case Management Conference, currently set for May 25, 2012 (Document 2) and all filings related thereto, until after the Court has ruled upon Defendants' Motion to Dismiss filed in this action. In support of this motion, Defendants submit herewith their memorandum of law containing argument and citation of authorities.

Respectfully submitted this 15th day of February, 2012.

                              **BONE McALLESTER NORTON PLLC**

                              ***s/ William J. Haynes, III***
                              David M. Anthony # 19951
                              William J. Haynes, III #17398
                              511 Union Street, Suite 1600
                              Nashville, Tennessee 37219
                              (615) 238-6300
                              e-mail:    danthony@bonelaw.com
                                                whaynes@bonelaw.com

                              *Counsel for Defendants, Trucap Reo Corp.*
                              *and Marix Servicing, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **MOTION TO STAY DISCOVERY AND CERTAIN PRETRIAL DEADLINES** with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to the attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF system, and/or first-class U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Robin J. Gordon #14618 | Weiss Spicer Cash, PLLC |
| 803 18th Ave. South | Registered Agent: Arnold M. Weiss |
| Nashville, TN 37211 | 208 Adams Avenue |
| robin@gordonlawgroup.com | Memphis, Tennessee 38103-1991 |
| Counsel for Plaintiff | |

This 15th day of February, 2012.

By: /s/ William J. Haynes, III