IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JARRED JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0186 |
| ) | Judge Trauger |
| TRUCAP REO CORP., MARIX SERVICING, ) | |
| and WEISS SPICER CASH, PLLC, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Motion to Stay filed by defendants Trucap Reo Corp. and Marix Servicing, LLC (Docket No. 8) is **GRANTED IN PART**. Pursuant to Rule 26(d), FED. R. CIV. P., and the Notice of Setting of Initial Case Management Conference (Docket No. 2), discovery is already stayed until the initial case management conference scheduled for May 25, 2012. The court will not continue the initial case management conference at this time, in that it will try to rule on the Motion to Dismiss filed by these defendants prior to the scheduled conference.

It is so **ORDERED**.

ENTER this 16th day of February 2012.

_____
ALETA A. TRAUGER
U.S. District Judge