IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JARRED JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:12-cv-00186 |
| v. | ) | District Judge Trauger |
| | ) | |
| | ) | |
| TRUCAP REO CORP., | ) | Removed from the Chancery |
| MARIX SERVICING, and WEISS | ) | Court for the 21st Judicial |
| SPICER CASH, PLLC | ) | District of Tennessee |
| | ) | (Williamson County) |
| Defendants. | ) | No. 40536 |
| | ) | |

_____

### CERTIFICATE OF SERVICE FOR NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE
_____

The undersigned hereby certifies that on February 15, 2012, the undersigned received a copy of the **NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE (DOCUMENT 2)** filed by the Clerk of this Court on February 14, 2012, and the undersigned further certifies that said document was served via first class United States Mail, postage prepaid upon the following:

| | |
|---|---|
| Robin J. Gordon #14618 | Weiss Spicer Cash, PLLC |
| 803 18th Ave. South | Registered Agent: Arnold M. Weiss |
| Nashville, TN 37211 | 208 Adams Avenue |
| robin@gordonlawgroup.com | Memphis, Tennessee 38103-1991 |
| *Counsel for Plaintiff* | |

On this the 16th day of February, 2012.

                              **BONE McALLESTER NORTON PLLC**

                              **/s/ *William J. Haynes, III***
                              David M. Anthony # 19951
                              William J. Haynes, III #17398
                              511 Union Street, Suite 1600
                              Nashville, Tennessee 37219
                              (615) 238-6300
                              e-mail:    danthony@bonelaw.com
                                                  whaynes@bonelaw.com

                              *Counsel for Defendants, Trucap Reo Corp.*
                              *and Marix Servicing, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **CERTIFICATE OF SERVICE FOR NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to the attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF system, and/or via first class United States Mail, postage prepaid to:

| | |
|---|---|
| Robin J. Gordon #14618 | Weiss Spicer Cash, PLLC |
| 803 18th Ave. South | Registered Agent: Arnold M. Weiss |
| Nashville, TN 37211 | 208 Adams Avenue |
| robin@gordonlawgroup.com | Memphis, Tennessee 38103-1991 |
| *Counsel for Plaintiff* | |

On this the 16th day of February, 2012.

/s/ *William J. Haynes, III*