IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JARRED JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0186 |
| ) | Judge Trauger |
| TRUCAP REO CORP., MARIX SERVICING, ) | |
| and WEISS SPICER CASH, PLLC, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On February 15, 2012, defendants Marix Servicing, LLC and Trucap Reo Corp. filed a Motion to Dismiss (Docket No. 6), to which no timely response has been filed. The motion is therefore **GRANTED**, and all claims against these two defendants are **DISMISSED WITH PREJUDICE**. The court declines to award attorney's fees to these defendants.

The court notes that the only remaining defendant in this case, Weiss Spicer Cash, PLLC, has apparently not yet been served. If the plaintiff intends to continue to pursue his claims against this remaining defendant, he should be mindful of the fact that the initial case management conference is scheduled for May 25, 2012.

The Motion by the moving defendants To Ascertain Status of Pending Motion to Dismiss (Docket No. 12) is **GRANTED**. The appropriate ruling is contained herein.

It is so **ORDERED**.

ENTER this 21st day of March 2012.

_____
ALETA A. TRAUGER
U.S. District Judge