IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JARRED JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil No. 3:12-0186** |
| ) | **Judge Trauger** |
| **TRUCAP REO CORP., MARIX SERVICING,** ) | |
| **and WEISS SPICER CASH, PLLC,** ) | |
| ) | |
| **Defendants.** ) | |

_____

## MOTION FOR AGREED SUBSTITUTION OF COUNSEL
_____

      Comes now Robin J. Gordon of the Gordon Law Group and provides notice of an Agreed Substitution of Counsel from Robin J. Gordon, Esq. of the Gordon Law Group to David Wade, of the Law Firm of Martin Tate Morrow & Marston, P.C., in the above referenced matter. The name of Robin J. Gordon of the Gordon Law Group shall be stricken as the attorney of record for the Plaintiff and the name of David Wade, of the Law Firm of Martin Tate Morrow & Marston, P.C., shall be substituted therefor. The Plaintiff has requested and consented to the Agreed Substitution of Counsel.

      Contact information for new counsel is as follows:
          David Wade, Esq., B.P.R. # 4166
          Brett A. Schubert, B.P.R.# 23356
          Martin Tate Morrow & Marston, P.C.
          International Place, Tower II, Ste. 1000
          6410 Poplar Ave.
          Memphis, TN 38119-4843
          Phone: (901) 522-9000
          Fax: (901) 866-6139
          dwade@martintate.com
          bschubert@martintate.com

Respectfully submitted,

/s/ Robin J. Gordon
ROBIN J. GORDON   #14618

GORDON LAW GROUP
Attorney for Debtors
803 18th Avenue South
Nashville, TN  37203
(615) 321-0220 (telephone)
(615) 321-9099 (facsimile)
bknotice@gordonlawgroup.com

**I CONSENT TO THE ABOVE SUBSTITUTION:**

/s/ David Wade
David Wade, Esq., B.P.R. # 4166
Brett A. Schubert, B.P.R.# 23356
Martin Tate Morrow & Marston, P.C.
International Place, Tower II, Ste. 1000
6410 Poplar Ave.
Memphis, TN 38119-4843
dwade@martintate.com
bschubert@martintate.com

**I CONSENT TO BEING SUBSTITUTED:**

/s/ Robin J. Gordon
ROBIN J. GORDON   #14618
GORDON LAW GROUP
Attorney for Debtors
803 18th Avenue South
Nashville, TN  37203
robin@gordonlawgroup.com

**I CONSENT TO THE ABOVE SUBSTITUTION:**

/s/ Jarred Johnson
Jarred Johnson, Plaintiff


**The substitution of attorney is hereby approved and so ORDERED.**

**Date:_____   ENTER: _____**
**                              JUDGE**

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Agreed Substitution of Counsel was sent by email, Electronic filing, and/or U.S. Mail, postage prepaid to the following:

David Wade, Esq., B.P.R. # 4166
Brett A. Schubert, B.P.R.# 23356
Martin Tate Morrow & Marston, P.C.
International Place, Tower II, Ste. 1000
6410 Poplar Ave.
Memphis, TN 38119-4843
dwade@martintate.com
bschubert@martintate.com

David M. Anthony # 19951
William J. Haynes, III #17398
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300
e-mail: danthony@bonelaw.com
whaynes@bonelaw.com

Weiss Spicer Cash, PLLC
208 Adams Ave.
Memphis, TN 38103-1991

This 16th day of April, 2012.

BY: /s/ Robin J. Gordon
        Robin J. Gordon