<sup>RECEIVED IN CLERK'S OFFICE APR 1 6 2012 U.S. DISTRICT COURT MID. DIST. TENN.</sup>

JARRED D JOHNSON - PRO-SE

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| Plaintiff name(s), | ) Civil No. 3:12-0186 |
| | ) Motion to Vacate Dismissal and |
| JARRED D JOHNSON, | ) Reinstate Case |
| vs. | ) |
| Defendant name(s), | ) |
| TRUCAP REO CORP., MARIX SERVICING, | ) |
| and WEISS SPICER CASH, PLLC, | |

On March 21, 2012 the court dismissed the case against two of three defendants due to a failure to respond to the motions presented before this court. The attorneys firm Robin Gordon and Dale Choisser have utterly failed to represent me in this matter and have failed numerous times to respond to this case as have mishandled the case completely. As they have not served the best interests for my case and claim, I hereby ask that this court kindly allow the case to be reinstated and allow me to retain new counsel in this matter so that this case can be heard properly and all arguments made in a timely fashion. Please forgive any legal mistakes made in this pleading as I have no law education as I am now forced to handle this matter pro-se until I have retained new counsel. My attorneys are "Pre-Paid" and I will have no trouble whatsoever finding new, more responsible counsel to represent me in this matter.

1 | Thank You Justice Trauger,

2 | JARRED DEAN JOHNSON

3 | PLAINTIFF

Dated this 4/9/2012 12:53 PM

*[signature]*

JARRED D JOHNSON
PLAINTIFF

**WORLD DATA PRODUCTS**

121 Cheshire Lane, Suite 100
Minnetonka, MN 55305 U.S.A.

JARRED JOHNSON



MINNEAPOLIS MN 553
09 APR 2012 PM 5

RECEIVED
IN CLERK'S OFFICE
APR 16 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

Nashville Clerks Office
801 Broadway, Room 800
Nashville TN 37203

37203386900