UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JARRED JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00186 |
| v. ) | |
| ) | |
| TRUCAP REO CORP., ) | |
| MARIX SERVICING, LLC and WEISS ) | Removed from Chancery |
| SPICER CASH, PLLC ) | Court for the 21st Judicial |
| ) | District of Tennessee |
| Defendants. ) | (Williamson County) |
| ) | No. 40536 |

### AFFIDAVIT OF JARRED JOHNSON

STATE OF MINNESOTA
COUNTY OF HENNIPIN

1) My name is Jarred Johnson, and I am an adult resident citizen of St. Paul, Minnesota.

2) I engaged The Gordon Law Group, PLLC to file on my behalf the Complaint in the form attached to the Notice of Removal filed in this Court on February 14, 2012.

3) I am not an attorney and am completely unfamiliar with the practice of law and the procedural requirements imposed by the Federal Rules of Civil Procedure.

4) I engaged said law firm to act on my behalf in a reasonable and prudent manner and to ensure compliance with all applicable rules and requirements for litigating the Complaint.

5) I learned after to March 21, 2012 that on that date an Order was

entered by the Court dismissing the Complaint and all my claims against Marix Servicing, LLC and Trucap REO Corp. with prejudice.

6) I further learned after to March 21, 2012 that my counsel failed to timely file a response to the aforesaid Defendants' Motion to Dismiss.

7) Within the past week, I have terminated The Gordon Law Group, PLLC and have retained the firm of Martin, Tate, Morrow & Marston, PC to file a Motion to Set Aside the aforesaid Order of dismissal.

_____
JARRED JOHNSON

Sworn and subscribed before me, this the 16th day of April, 2012.

_____
Notary Public

My Commission Expires: 1-31-2013

BARBARA J. GRESHAM
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2013