# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JARRED JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00186 |
| v. ) | |
| ) | |
| TRUCAP REO CORP., ) | |
| MARIX SERVICING, LLC and WEISS ) | Removed from Chancery |
| SPICER CASH, PLLC ) | Court for the 21st Judicial |
| ) | District of Tennessee |
| Defendants. ) | (Williamson County) |
| ) | No. 40536 |

## AFFIDAVIT OF ROBIN GORDON

STATE OF TENNESSEE
COUNTY OF DAVIDSON

1) My name is Robin Gordon, and I am an adult resident citizen of Davidson County, Nashville, Tennessee.

2) My law firm, The Gordon Law Group, PLLC, was previously engaged by Jarred Johnson in the above styled cause.

3) Earlier this year, an attorney working on the above styled case left the Gordon Law Group to take employment with another firm causing the remaining attorneys to assume his caseload.

4) Jedidah Cochran is an attorney in my office that was assisting with the handling of this file after the first attorney left in January.

5) Mr. Cochran's father passed away on February 15, 2012, which resulted in Mr. Cochran's absence for a significant period of time following said date.

6) Through mere inadvertence due to the aforesaid personal loss and the transition occurring within the Gordon Law Group, and not for any intentional purpose of delay or prejudice to any party, a response to the Motion to Dismiss filed in this cause was not timely filed.

_____
ROBIN GORDON

Sworn and subscribed before me, this the 18th day of April, 2012.

_____
Notary Public

My Commission Expires: 04-28-2014

*[Notary Seal: Dale F. Choisser, State of Tennessee, Notary Public, Robertson County]*