# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JARRED JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:12-0186 |
| ) | Judge Trauger |
| TRUCAP REO, CORP., MARIX SERVICING, ) | |
| LLC, and WEISS SPICER CASH, PLLC, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

For good cause shown, the Motion to Vacate Dismissal And Reinstate Case filed by the plaintiff *pro se* (Docket No. 15) and the Motion to Alter or Amend Order of Dismissal filed by new counsel for the plaintiff (Docket No. 17) are **GRANTED**. The Order entered March 21, 2012 granting the Motion to Dismiss filed by two of the defendants for failure to respond (Docket No. 13) is **VACATED**.

It is hereby **ORDERED** that the plaintiff shall respond to the Motion of Marix Servicing, LLC & Trucap Reo Corp. to Dismiss (Docket No. 6) by May 4, 2012. The initial case management conference scheduled for May 25, 2012 is **CONTINUED**, to be reset, if appropriate, after a disposition of this pending motion. The court realizes that there is a third defendant in this case who could participate in the initial case management conference, but the forward progress of the case will be better scheduled with the participation of all defendants who remain in the case.

It is so **ORDERED**.

ENTER this 19th day of April 2012.

_____
ALETA A. TRAUGER
U.S. District Judge